### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **GENESYS DEL CARMEN CALDERON-LUCANBIO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1127-KC** |
| **DEPARTMENT OF HOMELAND SECURITY,** | § § § § | |
| **Respondent.** | § § | |

### FINAL JUDGMENT

On this day, the Court considered the case. On April 29, 2026, the Court granted in part Genesys del Carmen Calderon-Lucanbio's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Apr. 29, 2026, Order 3, ECF No. 7.

Respondents have now informed the Court that on May 5, 2026, an IJ ordered Calderon-Lucanbio released on a $3,000.00 bond. Status Report, ECF No. 10; *see id.* Ex. A ("IJ Order"), ECF No. 10-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 3; Apr. 29, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

SIGNED this 7th day of May, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE